UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of California, Delaware, Florida, Hawaii, Illinois, Indiana, Iowa, Maryland, Massachusetts, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Rhode Island, Tennessee, Vermont, Virginia, and the District of Columbia ex rel. Michael Breitenstein,<br><br>                           Plaintiffs- Relator,<br><br>-against-<br><br>FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, FEDEX OFFICE, FEDEX GROUND PACKAGE SYSTEM, INC., FEDEX FREIGHT, INC., FEDEX CORPORATE SERVICE, INC., FEDEX LOGISTICS F/K/A FEDEX TRADE NETWORKS, INC.,<br><br>                           Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 11/4/2025<br><br><br>19-cv-3660 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the attached email from the Relator, Michael Breitenstein, in this qui tam action requesting an extension of 90 days to retain new counsel and serve Defendants. That request is GRANTED. Relator's new counsel shall file a notice of appearance, proof of service, and a status letter by February 4, 2026.

Relator is on notice that this case is no longer under seal and all communications with the Court must be made by letter filed on ECF.

**Relator is on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules may result in sanctions, including: monetary sanctions; preclusion of claims, evidence, and motion practice; and the case-terminating sanction of dismissal for failure to prosecute.**

**SO ORDERED.**

**Date: November 4, 2025**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

| | |
|---|---|
| **From:** | Mike |
| **To:** | Vyskocil NYSD Chambers |
| **Subject:** | Case number 1:19-cv-03660, United States of America ex rel. Michael Breitenstein v. FedEx Corporation, et al. |
| **Date:** | Monday, November 3, 2025 9:53:43 PM |

**CAUTION - EXTERNAL:**

Your Honor,

My name is Michael Breitenstein and I am the relator in case number 1:19-cv-03660, United States of America ex rel. Michael Breitenstein v. FedEx Corporation, et al. Currently I am not represented by counsel. I am diligently seeking counsel and am presently in conversations with multiple law firms. I am requesting an extension of 90 days to seek substitute counsel and serve the Complaint upon the Defendants. Thank you for your consideration.

Respectfully Submitted,
Michael Breitenstein
Relator

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.